UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

In re: )
)
Tasha M Phinizee             , ) Case No.:
)
Debtor(s). )

# STATEMENT OF ATTORNEY FOR
# DEBTOR IN A CHAPTER 13 CASE

I am a member of the bar of the Northern District of Alabama and submit this Statement as part of my representation of the above-named debtor(s) before the United States Bankruptcy Court for the Northern District of Alabama pursuant to the Memorandum on Compensation in Chapter 13 Cases Effective July 1, 1998 (and subsequent Memoranda on Compensation). In conjunction with this Statement the following information is provided:

A. I do not hold or represent any interest adverse to this estate except __NONE__.
B. I am a disinterested person, as that term is defined in Section 101(14) of the Bankruptcy Code.
C. A of the date of the filing of the petition, I was not owed any money by the debtor(s) or relative of the debtor except __NONE__.
D. Within the one year preceding the filing of the petition, the debtor(s) paid me or my law firm, if anything, monies as listed below:
☒ None.
**OR**

| Date | Amount | Services |
|------|--------|----------|
|      | $      |          |
|      | $      |          |
|      | $      |          |

E. I have reviewed the Court's records to determine whether this/these debtor(s), or debtor(s)' spouse(s), has/have filed any other bankruptcy case(s) and have found that __1__ case(s) has/have been filed. For all prior chapter 13 cases within this division, copies of an interim statement from the Chapter 13 Trustee's office are attached. For all prior chapter 7 cases or chapter 13 cases filed outside this division, the information requested below, if available from the clerk's office, is provided, beginning with the **oldest** case:

| Case # | 11-14265-DWH | Case # | |
|---|---|---|---|
| Filing Date | 09/19/2011 | Filing Date | |
| Dismiss/Convert/ or Discharge Dt | 03/06/2012 | Dismiss/Convert/ or Discharge Dt | |
| Total Claims | $ N/A | Total Claim | $ |
| Amount Paid | $ N/A | Amount Paid | $ |
| Debtor's Attorney: | Chereka L. Witherspoon | Debtor's Attorney: | |
| Fee Awarded | $ N/A | Fee Awarded | $ |
| Fee Paid | $ N/A | Fee Paid | $ |
| Case # | | Case # | |
| Filing Date | | Filing Date | |
| Dismiss/Convert/ or Discharge Dt | | Dismiss/Convert/ or Discharge Dt | |
| Total Claims | $ | Total Claims | $ |
| Amount Paid | $ | Amount Paid | $ |
| Debtor's Attorney: | | Debtor's Attorney: | |
| Fee Awarded | $ | Fee Awarded | $ |
| Fee Paid | $ | Fee Paid | $ |

F.  I request a fee award of $ **3,000.00** for the normal and customary services performed in Chapter 13 cases. These services include:

1. Counseling with the Debtor;
2. Preparing and filing the chapter 13 petition and other documents;
3. Attending the meeting(s) of creditors' and confirmation hearing(s);
4. Reviewing claims, filing claims and objecting to claims if necessary;
5. Filing amendments, motions, adversary proceeding complaints, answers to complaints or any other required pleadings; and,
6. Attendance at all hearings when required.

If any additional fees are requested, another application will be made.

**/s/ B. Grant McNutt**  **November 10, 2014**
**B. Grant McNutt**  Date
Attorney for Debtor(s)

**11-14265-DWH** Bernard Phinizee and Tasha Phinizee
Case type: bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** David W. Houston III
**Date filed:** 09/19/2011 **Date of last filing:** 03/08/2012
**Debtor discharged:** 03/06/2012 **Joint debtor discharged:** 03/06/2012
Date terminated: 03/06/2012

# Case Summary

| | |
|---|---|
| **Office:** Aberdeen | **Filed:** 09/19/2011 |
| **County:** LOWNDES-MS | **Terminated:** 03/06/2012 |
| **Fee:** Paid | **Debtor discharged:** 03/06/2012 |
| | **Joint debtor discharged:** 03/06/2012 |
| **Origin:** 0 | **Reopened:** |
| **Previous term:** | **Converted:** |
| | **Debtor dismissed:** |
| | **Joint debtor dismissed:** |
| **Joint:** y | **Confirmation hearing:** |
| **Current chapter:** 7 | |

**Debtor disposition:** Standard Discharge
**Joint debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** Case Closed
**Flags:** REINSTATED, CLOSED

| **Trustee:** U. S. Trustee | **City:** Jackson | **Phone:** 601-965-5241 | **Email:** USTPRegion05.AB.ECF@usdoj.gov |
| **Trustee:** Selene D. Maddox | **City:** Tupelo | **Phone:** 662-841-1600 | **Email:** maddoxtrusteedocuments@gmail.com |

**Party 1:** Phinizee, Bernard (Debtor)
  SSN / ITIN: xxx-xx-1686
**Party 2:** Phinizee, Tasha (Joint Debtor)
  SSN / ITIN: xxx-xx-9149

| **Atty:** Chereka L. Witherspoon | **Represents party 1:** Debtor | **Phone:** 662-346-1616 **Email:** witherspoonlaw@gmail.com |
| **Atty:** Chereka L. Witherspoon | **Represents party 2:** Joint Debtor | **Phone:** 662-346-1616 **Email:** witherspoonlaw@gmail.com |

**Location of case files:**
  Volume: CS1
The case file may not be available.